# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M SCHOMBURG, an individual, | )<br>)<br>) |
| Plaintiff, | )     8:14CV72<br>)<br>) |
| V. | )<br>)     ORDER |
| JOHN HENRY'S PLUMBING CO., a Nebraska Corporation, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Unopposed Motion to Continue Deadlines and Trial (filing 42). The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. Fact discovery limited to the allegations of spoliation shall be completed by May 6, 2016.

2. Motions for summary judgment shall be filed by May 20, 2016.

3. Motions in limine shall be filed by June 17, 2016.

4. A Pretrial Conference before the undersigned will be held July 15, 2016, at 9:30 a.m., in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska Courthouse, Omaha, Nebraska.

5. Trial is set to commence, at the Court's call, during the week of August 16, 2016, in Omaha, Nebraska, before the Honorable Laurie Smith Camp, Chief United States District Judge.

**DATED February 4, 2016.**

                                  **BY THE COURT:**

                                  **S/ F.A. Gossett**
                                  **United States Magistrate Judge**