# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M. SCHOMBURG, an individual, | Case No. 8:14CV72 |
| Plaintiff, | |
| vs. | ORDER AMENDING PROGRESSION SCHEDULE |
| JOHN HENRY'S PLUMBING CO., a Nebraska corporation, | |
| Defendant. | |

This case is before the court on the Joint Motion to Continue Jury Trial and Trial Associated Deadlines (#52). The motion will be granted and the requested deadlines amended.

**IT IS ORDERED:**

1. Motions in limine shall be filed by **August 17, 2016.**

2. The pretrial conference before the undersigned magistrate judge will be held in my chambers on **November 21, 2016, at 9:30 A.M.**

3. The jury trial before Chief Judge Laurie Smith Camp is set at the court's call during the week of **December 20, 2016.**

Dated this 17th day of June 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge