## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSICA M. SCHOMBURG, an individual,** | ) ) ) | **Case No. 8:14CV72** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **ORDER AMENDING TRIAL DATE** |
| **JOHN HENRY'S PLUMBING CO., a Nebraska corporation,** | ) ) ) | |
| **Defendant.** | ) ) | |

This case is before the court on the defendant's Motion to Continue Trial Date (#59) due to witness availability.  Plaintiff has been consulted and has no objection.  The motion will be granted and the trial date rescheduled.

**IT IS ORDERED:**

1. The pretrial conference before the undersigned magistrate judge will be held in my chambers on **February 3, 2017, at 9:30 A.M.**

3.  The jury trial before Chief Judge Laurie Smith Camp is set at the court's call during the week of **February 21, 2017.**

Dated this 29th day of June 2016.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge