## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JESSICA M. SCHOMBURG**, an individual, | |
| Plaintiff, | Case No. 8:14CV72 |
| vs. | **ORDER AMENDING TRIAL DATE** |
| **JOHN HENRY'S PLUMBING CO.**, a Nebraska corporation, | |
| Defendant. | |

This case is before the court on the parties' Joint Motion to Continue Deadlines and Trial Date (#62) due to unavailability of plaintiff's counsel and to allow the parties to explore settlement. The motion will be granted and the requested dates rescheduled.

**IT IS ORDERED:**

1. The deadline to file motions in limine is **February 15, 2017.**

2. The pretrial conference before the assigned magistrate judge will be held in chambers on **July 21, 2017, at 9:30 A.M.**

3. The jury trial before Chief Judge Laurie Smith Camp is set at the court's call during the week of **August 15, 2017.**

Dated this 8th day of September, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge